

Washington, DC 20219

*Via CM/ECF*

January 31, 2024

Office of the Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

Re:   *Ortega v. Office of the Comptroller of the Currency*, No. 23-60617 – Counsel of Record for Respondent Office of the Comptroller of the Currency

Dear Clerk:

Respondent Office of the Comptroller of the Currency is represented in this appeal by Hannah Hicks. Respondent respectfully requests that the names of the following attorneys, who have been associated with Respondent but have not entered appearances in connection with this appeal, be removed from the docket.

Lawrence J. Keen, III
Susan Bowman
Christopher D'Alessio
Erin Healy Gallagher
Nathan Taran

Sincerely,

/s/ Hannah Hicks

Hannah Hicks
Counsel for Respondent
Office of the Comptroller of the Currency
400 7th St SW
Washington, D.C. 20219
202-860-4306
Hannah.Hicks@occ.treas.gov

cc:  All counsel of record (*via* CM/ECF)