# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 02, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 23-60617    Ortega v. Off of the Comp of the Curcy
                Agency No. AA-EC-2017-44
                Agency No. AA-EC-2017-45
```

Enclosed is an order entered in this case.

```
                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Allison G. Lopez, Deputy Clerk
                        504-310-7702
```

Mr. Frank Converse Brame
Ms. Hannah Hicks
Mr. Thomas S. Leatherbury
Mr. William David Sims II