# United States Court of Appeals for the Fifth Circuit

No. 23-60617

Saul Ortega, *Former Chief Financial Officer, Director, President, Chief Executive Officer, and Chairman of the Board*; David Rogers, Jr., Former Chairman of the Board,

*Petitioners,*

versus

Office of the Comptroller of the Currency,

*Respondent.*

---

Petition for Review from an Order of the
Dept of Treasury (Except IRS)
Agency No. AA-EC-2017-44
Agency No. AA-EC-2017-45

---

ORDER:

IT IS ORDERED that Petitioners' motion to stay further proceedings in this court pending resolution of *SEC v. Jarkesy*, No. 22-859 in the United States Supreme Court is GRANTED.

IT IS FURTHER ORDERED that Petitioners' alternative motion to extend time to file Petitioners' brief until after an opinion is issued in *SEC v. Jarkesy*, No. 22-859 is DENIED AS MOOT.

No. 23-60617

        /s/ Dana M. Douglas
        Dana M. Douglas
        *United States Circuit Judge*