

Frank C. Brame
The Brame Law Firm PLLC
4514 Cole Ave., Suite 600
Dallas, Texas 75205
frank@bramelawfirm.com
214.665.9464

August 28, 2024

**Sent By ECF**

Lyle W. Cayce, Clerk
United States Court of Appeals
Fifth Circuit
600 S. Maestri Pl.
New Orleans, LA 70130

Re:  23-60617 - *Ortega, et al. v. Comptroller,* In the United States Court of Appeals For the Fifth Circuit

Dear Mr. Cayce:

Under Fifth Circuit Rule 31.4.3.1, Petitioners Saul Ortega and David Rogers, Jr. request a Level 1 extension of the due date for Petitioners' Brief in the amount of 14 days. The current due date for Petitioners' Brief is September 24, 2024 and the new due date would be October 8, 2024.

Good cause exists for the extension because the undersigned counsel is set for a one-week jury trial in the 14th District Court of Dallas County, Texas, *TXU Energy v. Cofran, et al*., No. 22-00555, on September 24, 2024. It is the oldest case set and expected to be called first. Counsel has pretrial hearings and filings as well as trial which conflict with the preparation of Petitioners' Brief. In addition, the undersigned counsel has multiple briefs due in a different federal lawsuit on September 12, 2024.

I have conferred with Hannah Hicks, counsel for Respondent, and Respondent is unopposed to the relief sought herein.

Sincerely,

Frank C. Brame

c.     Hannah Hicks (by ecf)
      Tom Leatherbury (by ecf)
      Bill Sims (by ecf)