

Office of the Comptroller of the Currency

Washington, DC 20219

**By ECF**

October 1, 2024

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
New Orleans, Louisiana

Subject: 23-60617 – *Ortega, et al. v. Office of the Comptroller of the Currency* – Level 1 Unopposed Extension Request

Dear Mr. Cayce:

Pursuant to Fifth Circuit Rule 31.4.3.1, Respondent Office of the Comptroller of the Currency ("OCC") hereby requests an unopposed Level 1 extension of the briefing schedule in the above-referenced case. This Court previously granted Petitioners' unopposed Level 1 extension request. The current due date for Petitioners' Brief is October 8, 2024.

As good cause for the instant request to extend the briefing schedule, the OCC submits the following. On September 25, 2024, the Fifth Circuit entered an order that in relevant part assigned *Burgess v, Whang*, 22-11172, to the same panel as *Ortega v. OCC* and set a briefing schedule such that full briefing in *Burgess* will not be completed until January 24, 2025. To obviate any need for the parties to submit Federal Rule of Appellate Procedure 28(j) letters or request supplemental briefing in the interim months between completion of briefing in this case and *Burgess*, the OCC requests that the briefing schedule in this case be modified to align more closely with the briefing schedule in *Burgess*. Accordingly, the OCC proposes the following modifications: that Petitioners' principal brief be filed by November 5, 2024; that the OCC's response brief be filed by December 20, 2024; and that Petitioners' reply brief be filed by January 17, 2025.

I have conferred with counsel for Petitioners and they are unopposed to the relief sought herein.

Sincerely,

*Hannah Hicks*

Hannah Hicks
OCC Litigation Counsel

cc:    Frank Brame (by ECF)
       Thomas Leatherbury (by ECF)
       Bill Sims (by ECF)