# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 01, 2024

Ms. Hannah Hicks
Office of the Comptroller of the Currency
400 7th Street, S.W.
Washington, DC 20219

    No. 23-60617   Ortega v. Off of the Comp of the Curcy
                           USDC No. AA-EC-2017-44
                           USDC No. AA-EC-2017-45

Dear Ms. Hicks,

We received your extension request.  A formal motion to establish a briefing schedule is required.  We are taking no action on this extension.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
    Mr. Frank Converse Brame
    Mr. Thomas S. Leatherbury
    Mr. William David Sims II