# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| SAUL ORTEGA, FORMER CHIEF FINANCIAL OFFICER, DIRECTOR, PRESIDENT, CHIEF EXECUTIVE OFFICER, AND CHAIRMAN OF THE BOARD; DAVID ROGERS, JR., FORMER CHAIRMAN OF THE BOARD, *Petitioners,* v. OFFICE OF THE COMPTROLLER OF THE CURRENCY *Respondent.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 23-60617 |

## OFFICE OF THE COMPTROLLER OF THE CURRENCY'S UNOPPOSED MOTION TO ESTABLISH A BRIEFING SCHEDULE

In accordance with the Clerk's letter of October 1, 2024, Respondent Office of the Comptroller of the Currency ("OCC") hereby requests an unopposed extension of the briefing schedule in this case. This Court previously granted Petitioners' unopposed Level 1 extension request. The current due date for Petitioners' Brief is October 8, 2024.

As good cause for the instant motion, the OCC submits the following. On September 25, 2024, the Fifth Circuit entered an order that in relevant part assigned *Burgess v, Whang*, 22-11172—a case that is listed as a "related" case on the docket

sheet for this appeal—to the same panel as *Ortega v. OCC*, 23-60617, and set a briefing schedule such that full briefing in *Burgess* will not be completed until January 24, 2025. To obviate any need for the parties to this appeal to submit Federal Rule of Appellate Procedure 28(j) letters or request supplemental briefing in the interim months between completion of briefing in this case and *Burgess*, the OCC respectfully requests that the briefing schedule in this case be modified to align more closely with the briefing schedule in *Burgess*. Accordingly, the OCC proposes the following modifications: that Petitioners' principal brief be filed by November 5, 2024; that the OCC's response brief be filed by December 20, 2024; and that Petitioners' reply brief be filed by January 17, 2025.

The OCC has conferred with Petitioners. Petitioners have indicated that they are unopposed to the relief sought herein.

Respectfully submitted,

/s/ Hannah Hicks
Counsel for Respondent
Office of the Comptroller of the Currency

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion has been filed by electronic case filing and served on counsel of record through the Court's Notice of Docket Activity on this 2nd day of October 2024.

                Respectfully submitted,

                    /s/ Hannah Hicks
                    Counsel for Respondent
                    Office of the Comptroller of the Currency

## **CERTIFICATE OF COMPLIANCE**

Per Fed. R. App. P. 32(g)(1), I hereby certify that this motion, which contains 243 words, complies with the type-volume limitations set forth in Fed. R. App. P. 27(d)(2)(A).

Undersigned counsel further certifies that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 5th Cir. R. 32.1 and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in proportionally spaced 14-point Times New Roman font.

                        Respectfully submitted,

                            /s/ Hannah Hicks
                            Counsel for Respondent
                            Office of the Comptroller of the Currency

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Frank C. Brame, counsel for Petitioners, who informed me that Petitioners are unopposed to this motion.

Respectfully submitted,

/s/ Hannah Hicks
Counsel for Respondent
Office of the Comptroller of the Currency