# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 03, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60617   Ortega v. Off of the Comp of the Curcy
                  Agency No. AA-EC-2017-44
                  Agency No. AA-EC-2017-45

Enclosed is an order entered in this case.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Majella A. Sutton, Deputy Clerk
                                 504-310-7680

Mr. Frank Converse Brame
Ms. Hannah Hicks
Mr. Thomas S. Leatherbury
Mr. William David Sims II