# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 3, 2024
Lyle W. Cayce
Clerk

No. 23-60617

Saul Ortega, *Former Chief Financial Officer, Director, President, Chief Executive Officer, and Chairman of the Board*; David Rogers, Jr., Former Chairman of the Board,

*Petitioners*,

*versus*

Office of the Comptroller of the Currency,

*Respondent.*

_____

Petition for Review from an Order of the
Department of Treasury (Except IRS)
Agency No. AA-EC-2017-44
Agency No. AA-EC-2017-45

_____

ORDER:

    IT IS ORDERED that the Respondent's unopposed motion to modify the briefing schedule is GRANTED. Petitioners' principal brief to be filed by November 5, 2024; the OCC's response brief to be filed by December 20, 2024; and Petitioners' reply brief to be filed by January 17, 2025.

/s/ W. Eugene Davis
_____
W. Eugene Davis
*United States Circuit Judge*