# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 05, 2024

Mr. Frank Converse Brame
Brame Law Firm, P.C.
4514 Cole Avenue
Suite 600
Dallas, TX 75205

Mr. Thomas S. Leatherbury
Thomas S. Leatherbury Law, P.L.L.C.
1901 N. Akard Street
Dallas, TX 75201

Mr. William David Sims II
4234 Shorecrest Drive
Dallas, TX 75209

    No. 23-60617   Ortega v. Off of the Comp of the Curcy
                           Agency No. AA-EC-2017-44
                           Agency No. AA-EC-2017-45

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Rebecca L. Leto, Deputy Clerk
                           504-310-7703

cc:  Ms. Hannah Hicks