

Frank C. Brame<br>
The Brame Law Firm PLLC<br>
4131 N. Central Expy., Suite 900<br>
Dallas, Texas 75204<br>
frank@bramelawfirm.com<br>
214.643.6073

December 8, 2025

**By Efiling**

Lyle Cayce, Clerk
Office of the Clerk
United States Court of Appeals, Fifth Circuit
600 S. Maestri Place
Suite 115
New Orleans, LA 70130

Re:  No. 23-60617 – *Ortega v. Off of the Comp of the Curcy,* In the United States Court of Appeals For the Fifth Circuit

Dear Mr. Cayce:

On October 21, 2025, Petitioners filed their Petition for Rehearing *En Banc* in the above-referenced case. That document included a Certificate of Interested Persons under Fifth Circuit Rule 28.2.1, which in turn requires that the parties supplement that disclosure. It has come to our attention that Judge Leslie H. Southwick was a shareholder of First National Bank Group, Inc., the privately-held holding company at issue in this case. We call this to your attention out of an abundance of caution.

Sincerely,

Frank C. Brame

c.    Tom Leatherbury (via email)
      Bill Sims (via email)
      Hannah Hicks (via email)