# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 24, 2026
Lyle W. Cayce
Clerk

No. 23-60617

---

SAUL ORTEGA, *Former Chief Financial Officer, Director, President, Chief Executive Officer, and Chairman of the Board*; DAVID ROGERS, JR., FORMER CHAIRMAN OF THE BOARD,

      *Petitioners,*

*versus*

OFFICE OF THE COMPTROLLER OF THE CURRENCY,

      *Respondent.*

---

Appeal from the Department of Treasury (Except IRS)
Agency Nos. AA-EC-2017-44,
AA-EC-2017-45

---

Before WIENER, DOUGLAS, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

    This matter is placed in abeyance and all deadlines are suspended pending the decision of the Supreme Court of the United States in NO. 24-406, *FCC v. AT&T, Inc.*, and No. 25-567, *Verizon Communications Inc. v. FCC*. The hold on the mandate remains in effect. The petition for rehearing en banc remains pending.