# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 16, 2026

Mr. Frank Converse Brame
Brame Law Firm, P.L.L.C.
4131 N. Central Expressway
Suite 900
Dallas, TX 75204

Mr. Peter Chadwell Koch
Office of the Comptroller of the Currency
Chief Counsel's Office
400 7th Street, S.W.
Washington, DC 20219

Mr. Thomas S. Leatherbury
Thomas S. Leatherbury Law, P.L.L.C.
1901 N. Akard Street
Dallas, TX 75201

Ms. Kristin Mary McManus
Office of the Comptroller of the Currency
Litigation Division
400 7th Street, S.W.
Washington, DC 20219

Mr. William David Sims II
4234 Shorecrest Drive
Dallas, TX 75209

No. 23-60617 Ortega v. Off of the Com of the Curcy
Agency No. AA-EC-2017-44
Agency No. AA-EC-2017-45

Dear Counsel:

The parties are directed to submit, by September 25, 2026, letter briefs addressing the Seventh Circuit's recent finding in *Bonan v. Federal Deposit Insurance Corp.*, --- F.4th ----, 2026 WL 2332583 (7th Cir. 2026), that an enforcement action under 12 U.S.C. § 1818 involves public rights, so Congress could therefore assign the adjudication of a breach of fiduciary duty claim against a banker to an agency without violating the Seventh Amendment.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Sean Hannan, Deputy Clerk
504-310-7702

cc:
Mr. Kevin Spencer Elliker
Mrs. Celeste May Embrey
Mr. Steven Engel
Ms. Brianne Jenna Gorod
Mr. Brian Kulp
Mr. Russell Ryan
Ms. Lauren Willard Zehmer